O’Malley, Circuit Judge, with whom Newman and Moore, Circuit Judges, join, dissent from' the denial of the petition for rehearing en banc.
ORDER
Per Curiam.
Appellant filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by the. appellee.
The petition for rehearing was 'referred to the panel that heard the appeal, and thereafter, the petition and response were referred to the circuit judges who are in regular active service. A poll was requested, taken, and failed.
Upon consideration thereof,
It Is Ordered That:
The petition for panel rehearing is denied.

*1379 The petition for rehearing en bane is denied.
The mandate of the court will be issued on February 7,2018.